# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**TAD DONEGAL WALKER**                                                                **PETITIONER**
**Reg #07297-029**

VS.                      **CASE NO.: 2:14CV00026 KGB/BD**

**ANTHONY HAYNES, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                          **RESPONDENT**

## ORDER

Tad Donegal Walker filed a pro se petition for a writ of habeas corpus (docket entry #1) under 28 U.S.C. § 2241, and paid the $5.00 filing fee. The Clerk is instructed to serve a copy of Mr. Walker's petition, his motion to change venue (#2), and a copy of this Order on Respondent and the United States Attorney by regular mail.

Respondent must file an answer, motion, or other responsive pleading to the petition within twenty (20) days after service of this petition.

The Clerk is also instructed to correct the spelling of Warden Haynes's name on the docket.

DATED this 27th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE