# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**TAD DONEGAL WALKER**                                                        **PETITIONER**
Reg #07297-029

v.                          Case No. 2:14-cv-00026-KGB-BD

**C.V. RIVERA, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                         **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 32). Plaintiff Tad Donegal Walker filed objections to the Recommended Disposition (Dkt. No. 33). After careful consideration of the Recommended Disposition and Mr. Walker's objections, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 32).

The Court writes separately to address Mr. Walker's objections (Dkt. No. 33). This Court agrees with Judge Deere's analysis of Mr. Walker's arguments regarding good conduct credit. It is appropriate for the Bureau of Prisons to have an opportunity to address these arguments before court intervention (Dkt. No. 32, at 10–11). This Court denies Mr. Walker's petition as moot. This matter is hereby dismissed without prejudice.

So ordered this 22nd day of February, 2017.

Kristine G. Baker
United States District Judge