# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**TAD DONEGAL WALKER**                                            **PETITIONER**
**Reg #07297-029**

**v.**          **Case No. 2:14-cv-00026-KGB-BD**

**C.V. RIVERA, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                     **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 22nd day of February, 2017.

_____
Kristine G. Baker
United States District Judge